**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DOUGLAS LINDSAY, SR., et al.,** | ) | Case No. 1:05CV1625 |
| | ) | |
| Plaintiffs, | ) | **JUDGE ANN ALDRICH** |
| | ) | |
| v. | ) | |
| | ) | |
| **BRENT YATES, et al.,** | ) | |
| | ) | |
| Defendants. | ) | **JUDGMENT** |
| | ) | |

The court has filed its Memorandum and Order granting the Yates defendants' motion for summary judgment and dismissing all federal claims with prejudice.

IT IS THEREFORE ORDERED that the Yates defendants' motion for summary judgment is granted and all federal claims are dismissed with prejudice. Further, because the federal housing-discrimination evidentiary framework applies to the Lindsays' Ohio law housing-discrimination claim, it too is dismissed with prejudice. In addition, because the court has found no liability on the federal claims, Sluss and Eicher's cross-claim for contribution and indemnity is dismissed without prejudice. Further, the court declines to exercise supplemental jurisdiction over the Lindsays' state-law contract claims and Sluss and Eicher's state-law contract cross-claim. Therefore, these state-law contract claims are dismissed without prejudice. Accordingly, the Estate of Gene Yates' motion for summary judgment and Eicher and Sluss' motion for summary judgment are denied as moot. This order is final and appealable.

                                                   */s/ AnnAldrich*
                                                   ANN ALDRICH
                                                   UNITED STATES DISTRICT JUDGE

Dated: May 5, 2008